# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152927(41)

SUSANA E. NARVAEZ TERAN,
     Plaintiff-Appellee,

v

MICHAEL R. RITTLEY,
     Defendant-Appellant.

SC: 152927
COA: 322016
Otsego CC: 10-013744-DP

_____/

On order of the Court, the motion for reconsideration of this Court's October 18, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017



Clerk

a0123